UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 18-9747 FMO (SSx) | Date | July 26, 2021 |
|---|---|---|---|
| Title | Hera Print, Inc. v. Charlotte Russe, Inc., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Joseph Remigio | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**  (In Chambers) Order to Show Cause Re:  Dismissal for Lack of Prosecution

Having reviewed plaintiff Hera Print, Inc.'s ("plaintiff") Status Report of July 21, 2021, (Dkt. 32), filed in response to the Court's Order of July 16, 2021, (Dkt. 31), IT IS ORDERED THAT:

1. No later than **July 30, 2021**, plaintiff shall file an ECF-stamped copy of its proof of claim.

2. No later than **August 16, 2021**,[1] plaintiff shall file its motion for relief from stay to prosecute this action in a non-bankruptcy forum and inform this court of the filing.

3. Failure to timely comply with the deadlines set forth in this order shall result in this action being dismissed without prejudice for failure to prosecute and/or failure to comply with a court order.  See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

|  | 00 : 00 |
|---|---|
| Initials of Preparer | jre |

---

[1]  As requested by plaintiff in its Status Report of July 21, 2021, (Dkt. 32, at 2), the court grants plaintiff 30 days from the filing date of the Court's Order of July 16, 2021, (Dkt. 31), to solicit the services of a bankruptcy attorney to move for relief from stay in U.S. Bankruptcy Court.