JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERA PRINT, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>CHARLOTTE RUSSE, INC.,<br><br>   Defendant. | Case No. CV 18-9747 FMO (SSx)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 23rd day of August, 2021.

/s/
Fernando M. Olguin
United States District Judge